255 So.2d 352

**Hilbert P. NERO and Loule Carriere Nero**

v.

**IDECO and Southern Natural Gas Company et al.**

**No. 51911.**

Dec. 7, 1971.

In re: Hilbert P. Nero and Loule Carriere Nero applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 255 So.2d 128.

Writ denied. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.

255 So.2d 352

**Windom J. LAMBERT**

v.

**Cecil D. KELLEY et al.**

**PENN MILLERS MUTUAL INSURANCE COMPANY**

v.

**Windom J. LAMBERT.**

**No. 51953.**

Dec. 13, 1971.

In re: Cecil D. Kelley and Mrs. Marie Kelley applying for certiorari, or writ of

review, to the Court of Appeal, First Circuit, Parish of Ascension. 253 So.2d 675.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.